# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**KEARNEY SONIAT LOUGHLIN, ET AL.**        **CIVIL ACTION**

**VERSUS**        **NO. 06-2339**

**USAA CASUALTY INS., ET AL.**        **SECTION "K"(5)**

## ORDER

Having been informed by counsel that the state court proceeding which formed the basis for the pending Motion to Dismiss and/or Stay Pending the Outcome of State Court Proceedings (Doc. 4) has been dismissed,

**IT IS ORDERED** that the Motion to Dismiss and/or Stay Pending the Outcome of State Court Proceedings (Doc. 4) is **MOOT**.

New Orleans, Louisiana, this __28th__ day of July, 2006.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**