UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEARNEY SONIAT LOUGHLIN AND TERRI B. LOUGHLIN, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD SIDNEY SONIAT LOUGHLIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2339** |
| **USAA CASUALTY INSURANCE COMPANY, DON PISONI, CHUCK COLLINS, AND CHRISTOPHER SCHWARTZ** | **SECTION "K"(5)** |

## ORDER AND OPINION

Before the Court is the "Motion in Limine Regarding Claims and Underwriting Files" filed on behalf of plaintiffs Kearney Soniat Loughlin and Terri B. Loughlin, individually and on behalf of their minor child Sidney Soniat Loughlin (Doc. 88). Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned denies the motion.

Plaintiffs seek an order precluding defendant "from eliciting any testimony regarding, submitting any exhibits, or referring to the contents of any claim file or underwriting pertaining to plaintiffs, their claims, or this case. Defendant has represented to the Court that it has no intention of using the underwriting file. Therefore, to the extent that plaintiffs seek to exclude any evidence of or references to the underwriting file, the motion is denied as moot.

As for the remainder of plaintiffs' motion, because plaintiffs have not directed the Court to any specific documents or testimony referenced in the pretrial order, the motion is denied.

New Orleans, Louisiana, this 28th day of March, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE